UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JESSE NOBLE,<br><br>  Plaintiff,<br><br>v.<br><br>JAMES OZURENDA, et al.,<br><br>  Defendant. | Case No. 2:18-CV-00520-GMN-EJY<br><br>**ORDER** |

Before the Court is Defendants' Motion for an Enlargement of Time to File an Answer (ECF No. 47). The Order on Defendant's Motion for Clarification having issued on November 8, 2019,

IT IS HEREBY ORDERED that Defendants' Motion for an Enlargement of Time to File an Answer (ECF No. 47) is GRANTED. Defendants' responsive pleading is due on or before November 22, 2019.

DATED: November 14, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1